NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID A. CUSTER,**
*Claimant-Appellant*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2015-7093

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-2173, Judge Margaret C. Bartley.

---

**JUDGMENT**

---

MAXWELL DOUGLAS KINMAN, Alexander, Webb, and Kinman, Mason, OH, argued for claimant-appellant.

EMMA BOND, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN; MEGHAN ALPHONSO, Y. KEN LEE, Office of General

Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>March 16, 2016</td><td>/s/ Daniel E. O'Toole</td></tr>
<tr><td>Date</td><td>Daniel E. O'Toole</td></tr>
<tr><td></td><td>Clerk of Court</td></tr>
</table>